UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEY BLAKENEY,<br><br>   Plaintiff,<br><br>   v.<br><br>RIO CONSUMNES CORRECTIONAL CENTER,<br><br>   Defendant. | No.  2: 20-cv-1270 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By an order filed August 3, 2020, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty days period has since passed, and plaintiff has not responded in any way to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court.  The document should be captioned "Objections to Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 14, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Blak1270.fusm

2